B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Valet Parking Service, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Valet Parking Services, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**36-3657102** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**70 W. Madison, Suite 760**<br>**Chicago, IL**<br><div align="right">ZIP Code **60602**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |

Location of Principal Assets of Business Debtor
(if different from street address above):

---

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

---

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(1/08)                                                                                                    Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Valet Parking Service, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **Northern District of Illinois Eastern Division** | Case Number:<br>**07-10874** | Date Filed:<br>**6/18/07** |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                  Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Valet Parking Service, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Robert R. Benjamin**
Signature of Attorney for Debtor(s)

**Robert R. Benjamin 0170429**
Printed Name of Attorney for Debtor(s)

**Querrey & Harrow, Ltd.**
Firm Name

**175 W. Jackson Boulevard, Suite 1600**
**Chicago, IL 60604**

_____
Address

**Email: rbenjamin@querrey.com**
**(312)540-7000 Fax: (312)540-0578**
Telephone Number

**June 27, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Cesar Meza**
Signature of Authorized Individual

**Cesar Meza**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**June 27, 2008**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Valet Parking Service, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **215 West Lake Investors LLC c/o Levenfeld Pearlstein LLC 2 N. LaSalle St., Suite 1300 Chicago, IL 60602** | **215 West Lake Investors LLC c/o Levenfeld Pearlstein LLC 2 N. LaSalle St., Suite 1300 Chicago, IL 60602** | **breach of contract 07 M1 705722** | **Unliquidated Disputed** | **105,110.00** |
| **733 N. LaSalle LLC 733 N. LaSalle LLC, 4th Chicago, IL 60611** | **733 N. LaSalle LLC 733 N. LaSalle LLC, 4th Chicago, IL 60611** | **loan** | | **524,877.37** |
| **Anthony Pieper 4069 Buena Vista Dallas, TX 75204** | **Anthony Pieper 4069 Buena Vista Dallas, TX 75204** | **2007 loan** | | **310,000.00** |
| **BPRS/Chestnut Ventures Ltd. Ptn c/o David G. Trout 303 W. Madison, Suite 1800 Chicago, IL 60606** | **BPRS/Chestnut Ventures Ltd. Ptn c/o David G. Trout 303 W. Madison, Suite 1800 Chicago, IL 60606** | **breach of contract 08 M1 700375** | **Disputed** | **101,375.00** |
| **Broadway Bank 5960 N. Broadway Chicago, IL 60660** | **Broadway Bank 5960 N. Broadway Chicago, IL 60660** | **overdraft** | | **185,509.52** |
| **Broadway Bank 5960 N. Broadway Chicago, IL 60660** | **Broadway Bank 5960 N. Broadway Chicago, IL 60660** | **2007 Loan** | | **151,923.14**<br><br>**(106,526.19 secured)** |
| **Cesar Maza 2566 Audrey Lane Wilmette, IL 60091** | **Cesar Maza 2566 Audrey Lane Wilmette, IL 60091** | **Loans** | | **389,092.39** |
| **Chubb & Son Inc. c/o Soffer Rech & Borg LLP 48  Wall Street 26th Floor New York, NY 10005** | **Chubb & Son Inc. c/o Soffer Rech & Borg LLP 48  Wall Street 26th Floor New York, NY 10005** | | **Disputed** | **53,200.08** |
| **City of Chicago Dept. of Revenue 30 N. LaSalle, Suite 900 Chicago, IL 60602** | **City of Chicago Dept. of Revenue 30 N. LaSalle, Suite 900 Chicago, IL 60602** | **Parking Tax** | **Unliquidated Disputed** | **639,500.00** |
| **Domigo Composto 3404 W. Wilmette Ave. Wilmette, IL 60091** | **Domigo Composto 3404 W. Wilmette Ave. Wilmette, IL 60091** | **loans** | | **198,946.13** |

B4 (Official Form 4) (12/07) - Cont.

In re     **Valet Parking Service, Inc.**                                    Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Eduardo Perugachi Law Office of Douglas M. Werman 77 W. Washington, Suite 1815 Chicago, IL 60602** | **Eduardo Perugachi Law Office of Douglas M. Werman 77 W. Washington, Suite 1815 Chicago, IL 60602** | **04 C 1783** | | **300,000.00** |
| **IL Dept. of Employment Security 33 S. State Street Chicago, IL 60603** | **IL Dept. of Employment Security 33 S. State Street Chicago, IL 60603** | **form 501 2008** | **Unliquidated Disputed** | **32,795.00** |
| **Illinois Department of Revenue P.O. Box 19084 Springfield, IL 62794-9084** | **Illinois Department of Revenue P.O. Box 19084 Springfield, IL 62794-9084** | **form 501 2008** | **Unliquidated Disputed** | **59,401.00** |
| **IRS Department of Treasury Cincinnati, OH 45999** | **IRS Department of Treasury Cincinnati, OH 45999** | **940, 941s, 2008** | **Unliquidated Disputed** | **464,000.00** |
| **Marcelo Guerron Law Office of Douglas M. Werman 77 W. Washington, Suite 1815 Chicago, IL 60602** | **Marcelo Guerron Law Office of Douglas M. Werman 77 W. Washington, Suite 1815 Chicago, IL 60602** | **04 C 1783** | | **30,697.10** |
| **Maria Maza 255 Audrey Lane Northbrook, IL 60062** | **Maria Maza 255 Audrey Lane Northbrook, IL 60062** | **Loan** | | **50,000.00** |
| **Mid America Bank 55 & Holmes Ave. Clarendon Hills, IL 60514** | **Mid America Bank 55 & Holmes Ave. Clarendon Hills, IL 60514** | **parking lot rental 2036 N. Clark St. Chicago, IL** | | **60,800.00** |
| **Teamsters Local Union No. 727 Health and Welfare 5940 W. Montrose Chicago, IL 60633** | **Teamsters Local Union No. 727 Health and Welfare 5940 W. Montrose Chicago, IL 60633** | **labor** | | **90,972.95** |
| **Teamsters Local Union No. 727 Pension Fund 5940 W. Montrose Chicago, IL 60633** | **Teamsters Local Union No. 727 Pension Fund 5940 W. Montrose Chicago, IL 60633** | **labor** | | **24,195.30** |
| **Xavier Nunez Law Office of Douglas M. Werman 77 W. Washington, Suite 1815 Chicago, IL 60602** | **Xavier Nunez Law Office of Douglas M. Werman 77 W. Washington, Suite 1815 Chicago, IL 60602** | **04 C 1783** | | **26,130.19** |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **Valet Parking Service, Inc.**                    Case No.                                          

                               Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

        I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **June 27, 2008**                      Signature    **/s/ Cesar Meza**                             

                                                             **Cesar Meza**

                                                             **President**

        *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Valet Parking Service, Inc.** _____,    Case No. _____
                                                    Debtor

                                                                          Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 90,049.32 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 156,003.14 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 1,204,696.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 18 | | 2,573,545.29 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 28 | | | |
| | | Total Assets | 90,049.32 | | |
| | | Total Liabilities | | 3,934,244.43 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Valet Parking Service, Inc.**
_____,    Case No. _____
Debtor

Chapter_____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

In re   **Valet Parking Service, Inc.**                                            ,      Case No. _____
                                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **0.00** | |
|  | (Report also on Summary of Schedules) | | |

__0__   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                            Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re   **Valet Parking Service, Inc.** _____ ,   Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Broadway Bank** checking (...88401) | - | 0.00 |
| | | checking (...9201) | - | 0.00 |
| | | checking (...0001) | - | 0.00 |
| | | **Chase** checking (...1724) | - | 13,982.35 |
| | | checking (...1583) | - | 1,341.32 |
| | | payroll (...1575) | - | 0.00 |
| | | savings (4773) | - | 0.00 |
| | | **Banco Popular** savings (...8706) | - | 155.75 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Nicor** | - | Unknown |
| | | **ComEd** | - | Unknown |
| | | **MidAmerica Bank** | - | 15,834.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |

| | | |
|---|---|---|
| | Sub-Total > | 31,313.42 |
| | (Total of this page) | |

___3___ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re    **Valet Parking Service, Inc.**                                              ,    Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | $246,020.64 - over 90 days<br>$25,145.38 - less than 90 days | - | 47,232.90 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >        47,232.90
(Total of this page)

Sheet ___1___ of ___3___ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Valet Parking Service, Inc.** _____,  Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Limited Business (license) City of Chicago** | - | 1.00 |
| | | **Valet Parking Services license City of Chicago** | - | 1.00 |
| | | **Garage Operator's license City of Chicago (expired)** | - | 0.00 |
| | | **Valet Parking Services license City of Schaumburg** | - | 1.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1999 Dodge Ram (van)** | - | 2,500.00 |
| | | **2001 Dodge Ram (Pick-up)** | - | 4,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **office equipment, furnishings and supplies** | - | 5,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

Sub-Total >  11,503.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Valet Parking Service, Inc.**                                ,    Case No. _____
                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **90,049.32** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Valet Parking Service, Inc.**                                                                    Case No. _____

_____,
                            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Broadway Bank**<br>**5960 N. Broadway**<br>**Chicago, IL 60660** | | - | **2007 Loan**<br><br><br>Value $              **106,526.19** | | | | **151,923.14** | **45,396.95** |
| Account No.<br><br>**Chrysler Financial**<br>**Payment Processing Center**<br>**PO Box 2993**<br>**Milwaukee, WI 53201-2993** | | - | **2001 Dodge Ram Pick-up**<br><br><br>Value $              **4,000.00** | | | | **4,080.00** | **80.00** |
| Account No.<br><br><br><br> | | | <br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | <br><br>Value $ | | | | | |

___**0**___ continuation sheets attached

| | Subtotal<br>(Total of this page) | **156,003.14** | **45,476.95** |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **156,003.14** | **45,476.95** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re   **Valet Parking Service, Inc.** _____,   Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_   continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Valet Parking Service, Inc.**                                    ,        Case No. _____
                                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. | | | | Parking Tax | | | | | | |
| City of Chicago Dept. of Revenue 30 N. LaSalle, Suite 900 Chicago, IL 60602 | - | | | | | X | X | | 0.00 | |
| | | | | | | | | 639,500.00 | | 639,500.00 |
| Account No. | | | | fines and penalties | | | | | | |
| City of Chicago Dept. of Business Affairs and Licensing 121 N. LaSalle, Room 800 Chicago, IL 60602 | - | | | | | X | X | | 9,000.00 | |
| | | | | | | | | 9,000.00 | | 0.00 |
| Account No. | | | | form 501 2008 | | | | | | |
| IL Dept. of Employment Security 33 S. State Street Chicago, IL 60603 | - | | | | | X | X | | 0.00 | |
| | | | | | | | | 32,795.00 | | 32,795.00 |
| Account No. | | | | form 501 2008 | | | | | | |
| Illinois Department of Revenue P.O. Box 19084 Springfield, IL 62794-9084 | - | | | | | X | X | | 0.00 | |
| | | | | | | | | 59,401.00 | | 59,401.00 |
| Account No. | | | | 940, 941s, 2008 | | | | | | |
| IRS Department of Treasury Cincinnati, OH 45999 | - | | | | | X | X | | 0.00 | |
| | | | | | | | | 464,000.00 | | 464,000.00 |

Sheet __1__ of __1__ continuation sheets attached to       Subtotal       9,000.00
Schedule of Creditors Holding Unsecured Priority Claims    (Total of this page)    1,204,696.00    1,195,696.00
                                                           Total       9,000.00
                                                           (Report on Summary of Schedules)    1,204,696.00    1,195,696.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Valet Parking Service, Inc.**                              ,       Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br> **215 West Lake Investors LLC** <br> **c/o Levenfeld Pearlstein LLC** <br> **2 N. LaSalle St., Suite 1300** <br> **Chicago, IL 60602** | - | | | | breach of contract <br> 07 M1 705722 | | X | X | 105,110.00 |
| Account No. <br><br> **733 N. LaSalle LLC** <br> **733 N. LaSalle LLC, 4th** <br> **Chicago, IL 60611** | - | | | | loan | | | | 524,877.37 |
| Account No. 051202 <br><br> **A-Reliable Polish Cleaning Service** <br> **1 E. Oak St., Suite 3E** <br> **Chicago, IL 60610** | - | | | | services | | | | 360.00 |
| Account No. <br><br> **Aaron & Maureen Mobarak** <br> **40 E. Schiller** <br> **Chicago, IL 60601** | - | | | | disputed property damage claim | | X | X | Unknown |
| __17__ continuation sheets attached | | | | | | Subtotal <br> (Total of this page) | | | 630,347.37 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037
                               S/N:33609-080603    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Valet Parking Service, Inc.** _____,   Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4078** <br><br> **Advanced Messanger Service** <br> **485 Norht Milwaukee Ave.** <br> **Chicago, IL 60610-3922** | | - | services | | | | 60.75 |
| Account No. <br><br> **Ameritech SBC** <br> **Bill Payment Center** <br> **Chicago, IL 60663** | | - | utility service | | | | 227.43 |
| Account No. <br><br> **Anthony Pieper** <br> **4069 Buena Vista** <br> **Dallas, TX 75204** | X | - | 2007 loan | | | | 310,000.00 |
| Account No. **1258907** <br><br> **Aramark** <br> **PO Box 0903** <br> **Carol Stream, IL 60132-0903** | | - | goods | | | | 1,290.76 |
| Account No. **4484-6701-0000-4677** <br><br> **Banco Popular** <br> **Visa Commercial Card** <br> **PO Box 1111** <br> **Madison, WI 53701-1111** | | - | goods and services | | | | 731.12 |

Sheet no. __1__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **312,310.06**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Valet Parking Service, Inc.**                                    ,      Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4484-6701-0000-4685** | | | goods and services | | | | |
| **Banco Popular** **Visa Commercial Card** **PO Box 1111** **Madison, WI 53701-1111** | - | | | | | | 1,719.09 |
| Account No. | | | disputed property damage claim | | | | |
| **Beverly & Eduardo Basit** **11547 Burr Oak Lane** **Willowbrook, IL 60527** | - | | | | X | X | Unknown |
| Account No. | | | disputed property damage claim | | | | |
| **Bill Barry** **516 6th Ave.** **Marengo, IL 60152** | - | | | | X | X | Unknown |
| Account No. | | | breach of contract 08 M1 700375 | | | | |
| **BPRS/Chestnut Ventures Ltd. Ptn** **c/o David G. Trout** **303 W. Madison, Suite 1800** **Chicago, IL 60606** | - | | | | | X | 101,375.00 |
| Account No. | | | overdraft | | | | |
| **Broadway Bank** **5960 N. Broadway** **Chicago, IL 60660** | - | | | | | | 185,509.52 |

| | | |
|---|---|---|
| Sheet no. __2__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 288,603.61 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Valet Parking Service, Inc.**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Cesar Maza**<br>**2566 Audrey Lane**<br>**Wilmette, IL 60091** | - | | Loans | | | | **389,092.39** |
| Account No.<br><br>**Christian Calderon**<br>**5013 West Parker**<br>**Chicago, IL 60639** | - | | disputed property damage claim | | X | X | **Unknown** |
| Account No.<br><br>**Christien Gasiencia**<br>**5912 S. Archer Ave., #3**<br>**Chicago, IL 60638** | - | | disputed property damage claim | | X | X | **Unknown** |
| Account No.<br><br>**Chubb & Son Inc.**<br>**c/o Soffer Rech & Borg LLP**<br>**48  Wall Street 26th Floor**<br>**New York, NY 10005** | - | | | | | X | **53,200.08** |
| Account No. **900-0037665-000**<br><br>**CIT Technology Fin. Serv, Inc.**<br>**21146 Network Place**<br>**Chicago, IL 60673-1211** | - | | goods and services | | | | **2,038.66** |

Sheet no. __3___ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **444,331.13**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Valet Parking Service, Inc.**                                          ,        Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **10631415** <br><br>**Culligan**<br>**PO Box 5277**<br>**Carol Stream, IL 60197-5277** | - | | good | | | | **104.40** |
| Account No. <br><br>**Da'non Bolden**<br>**513 Bellaemine Dr., Suite B**<br>**Lansing, IL 60438** | - | | disputed property damage claim | | X | X | **Unknown** |
| Account No. **003-6323285-005** <br><br>**Dell Financial Services**<br>**Payment Processing Center**<br>**PO Box 5292**<br>**Carol Stream, IL 60197-5292** | - | | equipment lease | | | | **126.65** |
| Account No. **003-6323285-008** <br><br>**Dell Financial Services**<br>**Payment Processing Center**<br>**PO Box 5292**<br>**Carol Stream, IL 60197-5292** | - | | equipment lease | | | | **356.35** |
| Account No. **003-6323285-009** <br><br>**Dell Financial Services**<br>**Payment Processing Center**<br>**PO Box 5292**<br>**Carol Stream, IL 60197-5292** | - | | equipment lease | | | | **436.11** |

Sheet no. __4__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    **1,023.51**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Valet Parking Service, Inc.** _____,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **003-6323285-007** | | | equipment lease | | | | |
| **Dell Financial Services Payment Processing Center PO Box 5292 Carol Stream, IL 60197-5292** | - | | | | | | **Unknown** |
| Account No. | | | loans | | | | |
| **Domigo Composto 3404 W. Wilmette Ave. Wilmette, IL 60091** | - | | | | | | **198,946.13** |
| Account No. | | | disputed property damage claim | | | | |
| **Doors System 751 Expressway Drive Itasca, IL 60143** | - | | | X | X | | **Unknown** |
| Account No. | | | 04 C 1783 | | | | |
| **Edison Perugachi Law Office of Douglas M. Werman 77 W. Washington, Suite 1815 Chicago, IL 60602** | - | | | | | | **12,722.86** |
| Account No. | | | 04 C 1783 | | | | |
| **Eduardo Perugachi Law Office of Douglas M. Werman 77 W. Washington, Suite 1815 Chicago, IL 60602** | X - | | | | | | **300,000.00** |

Sheet no. __5__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **511,668.99**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Valet Parking Service, Inc.** _____,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | 04 C 1783 | | | | | | |
| Gamiliel Rodriguez Law Office of Douglas M. Werman 77 W. Washington, Suite 1815 Chicago, IL 60602 | - | | | | | | | 2,200.00 |
| Account No. | | disputed property damage claim | | | | | | |
| Geico Direct 4925 Ocmulgee E. Blvd. Itasca, IL 60143 | - | | | | | X | X | Unknown |
| Account No. | | phone reimbursement 2008 | | | | | | |
| George Ongay 1237 West Ohio, #3F Chicago, IL 60622 | - | | | | | | | 60.00 |
| Account No. | | disputed property damage claim | | | | | | |
| Hartford Financial Services, Inc. Department #5454 PO Box 30000 Hartford, CT 06150 | - | | | | | | X | Unknown |
| Account No. | | 04 C 1783 | | | | | | |
| Honorato Vanegas Law Office of Douglas M. Werman 77 W. Washington, Suite 1815 Chicago, IL 60602 | - | | | | | | | 20,955.48 |

Sheet no. __6__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

23,215.48

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Valet Parking Service, Inc.** _____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **805068** <br><br> **HQ Printers, Inc.** <br> **200 North LaSalle Street** <br> **Chicago, IL 60601** | - | | goods | | | | 196.00 |
| Account No. **1763** <br><br> **Illinois Paper & Copier Co.** <br> **6 Territorial Ct.** <br> **Bolingbrook, IL 60440** | - | | goods | | | | 211.16 |
| Account No. **1761** <br><br> **Illinois Paper & Copier Co.** <br> **6 Territorial Ct.** <br> **Bolingbrook, IL 60440** | - | | goods purchased | | | | 105.66 |
| Account No. **031748** <br><br> **Impact Networking Inc.** <br> **Dept. 5270** <br> **PO Box 1170** <br> **Milwaukee, WI 53201-1170** | - | | equipment lease | | | | 4,544.22 |
| Account No. **VALP - S008425** <br><br> **Industrial Door Company of Chicago** <br> **1555 Landmeier Road** <br> **Elk Grove Village, IL 60007** | - | | goods purchased | | | | 156.00 |

Sheet no. __7__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,213.04

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Valet Parking Service, Inc.**                                        ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Ira Lauter<br>4257 Henry Way<br>Northbrook, IL 60062 | - | | | commissions | | | | 200.00 |
| Account No.<br><br>Jack Berger<br>950 W. Erie, #801<br>Chicago, IL 60622 | - | | | disputed property damage claim | | X | X | Unknown |
| Account No.<br><br>James Crowe<br>3637 N. Hamilton Ave.<br>Chicago, IL 60618 | - | | | disputed property damage claim | | X | X | Unknown |
| Account No.<br><br>Jose Alvarez<br>16561 Lock Ridge Ave.<br>Oak Forest, IL 60452 | - | | | disputed property damage claim | | X | X | Unknown |
| Account No.<br><br>Jose Contreras<br>c/o William Reynolds -Vrdolyak Law<br>9618 South Commercial Ave.<br>Chicago, IL 60617 | - | | | disputed property damage claim | | X | X | Unknown |

Sheet no. __8__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

200.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                           Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Valet Parking Service, Inc.**
_____,    Case No. _____
                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | disputed property damage claim | | | | |
| Joy Logan 9343 South Emerald Chicago, IL 60620 | | - | | | | X | X | Unknown |
| Account No. | | | | disputed property damage claim | | | | |
| Kadia Johnson 19501 Lake Shore Drive, #2N Lynwood, IL 60411 | | - | | | | X | X | Unknown |
| Account No. | | | | disputed property damage claim | | | | |
| Katherine Diebold 7935 Elm Grove Drive Elmwood Park, IL 60707 | | - | | | | X | X | Unknown |
| Account No. | | | | disputed property damage claim | | | | |
| Kenneth James 471 Sheridan Road Winnetka, IL 60093 | | - | | | | X | X | Unknown |
| Account No. | | | | disputed property damage claim | | | | |
| Laura West 606 West Cornelia Ave. Chicago, IL 60657 | | - | | | | X | X | Unknown |

Sheet no. __9__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **0.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Valet Parking Service, Inc.**                                          ,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Levy Restaurants**<br>**2230 N. Cannon Drive**<br>**Chicago, IL 60614** | - | | | | | | **450.00** |
| Account No. <br><br>**Littler Mendelson, PC**<br>**200 N. LaSalle St., Suite 2900**<br>**Chicago, IL 60601** | - | | disputed property damage claim | | | X | **Unknown** |
| Account No. <br><br>**Marcelo Guerron**<br>**Law Office of Douglas M. Werman**<br>**77 W. Washington, Suite 1815**<br>**Chicago, IL 60602** | - | | 04 C 1783 | | | | **30,697.10** |
| Account No. <br><br>**Marcus Jackson**<br>**22444 Lakeshore Drive**<br>**Richton Park, IL 60471** | - | | disputed property damage claim | | X | X | **Unknown** |
| Account No. <br><br>**Maria Maza**<br>**255 Audrey Lane**<br>**Northbrook, IL 60062** | - | | Loan | | | | **50,000.00** |

Sheet no. __10__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **81,147.10**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Valet Parking Service, Inc.**                                        , Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | disputed property damage claim | | | | |
| Marlene Bahena 1000 West 64th St., Apt. 11 La Grange, IL 60525 | | - | | | | X | X | Unknown |
| Account No. | | | | 04 C 1783 | | | | |
| Martin Duran Law Offices of Douglas M. Werman 77 W. Washington, Suite 1815 Chicago, IL 60602 | | - | | | | | | 2,700.00 |
| Account No. 9152042 | | | | | | | | |
| McLeod USA PO Box 3243 Milwaukee, WI 53201-3243 | | - | | | | | X | 3,406.32 |
| Account No. | | | | parking lot rental 2036 N. Clark St. Chicago, IL | | | | |
| Mid America Bank 55 & Holmes Ave. Clarendon Hills, IL 60514 | | - | | | | | | 60,800.00 |
| Account No. | | | | disputed property damage claim | | | | |
| Nancy Gidwitz Jeff Grossman 1843 North Freemont Chicago, IL 60614 | | - | | | | X | X | Unknown |

Sheet no. __11__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 66,906.32

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Valet Parking Service, Inc.**                                    , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Next East Oak LLC**<br>**c/o Levenfeld Pearlstein LLC**<br>**2 N. LaSalle St., Suite 1300**<br>**Chicago, IL 60602** | - | | | **breach of contract**<br>**07 M1 705721**<br>**(see 215 West Lake Investors LLC above)** | | X | X | **Unknown** |
| Account No.<br><br>**Next Time**<br>**1147 N. Grove Ave.**<br>**Oak Park, IL 60302** | - | | | **phone service** | | | | **1,674.13** |
| Account No.<br><br>**Next Walton LLC**<br>**c/o Levenfeld Pearlstein LLC**<br>**2 N. LaSalle St., Suite 1300**<br>**Chicago, IL 60602** | - | | | **breach of contract**<br>**07 M1 705723**<br>**(see 215 West Lake Investors LLC above)** | | X | X | **Unknown** |
| Account No.<br><br>**Orlando Patrick**<br>**2045 North Harlem**<br>**Chicago, IL 60607** | - | | | **disputed property damage claim** | | X | X | **Unknown** |
| Account No.<br><br>**Oscar Novoa**<br>**Law Office of Douglas M. Werman**<br>**77 W. Washington, Suite 1815**<br>**Chicago, IL 60602** | - | | | **04 C 1783** | | | | **1,929.39** |

Sheet no. __12__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **3,603.52**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Valet Parking Service, Inc.**                                          ,     Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> **Park One <br> 65 E. Harrison <br> Chicago, IL 60605** | - | | | | | | | 23,000.00 |
| Account No. **8169725-001** <br><br> **Pitney Bowes <br> Po Box 856460 <br> Louisville, KY 40285-6460** | - | | | equipment lease | | | | 203.13 |
| Account No. **8169725** <br><br> **Pitney Bowes <br> Po Box 856460 <br> Louisville, KY 40285-6460** | - | | | equipment lease | | | | 192.24 |
| Account No. **8000-9000-0241-0649** <br><br> **Pitney Bowes <br> Purchase Power <br> PO Box 856042 <br> Louisville, KY 40285-6042** | - | | | equipment lease | | | | 1,833.87 |
| Account No. <br><br> **Purchase Power <br> PO Box 856042 <br> Louisville, KY 40285** | - | | | | | | | 1,833.87 |

Sheet no. __13__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   | 27,063.11

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Valet Parking Service, Inc.** , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | disputed property damage claim | | | | |
| Rita Fox 888 South Michigan Ave, #401 Chicago, IL 60605 | - | | | | | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | disputed property damage claim | | | | |
| Roy Anderson 7253 South Cornell Chicago, IL 60649 | - | | | | | X | X | |
| | | | | | | | | Unknown |
| Account No. **50-26265 4** | | | | | | | | |
| Service Sanitation, Inc. 135 Blaine Street Gary, IN 46406 | - | | | | | | | |
| | | | | | | | | 3,018.00 |
| Account No. | | | | | | | | |
| Shred-it 115 W. Lake Drive, Suite 200 Gary, IN 46406 | - | | | | | | | |
| | | | | | | | | 63.60 |
| Account No. **1159** | | | | | | | | |
| Skyline Consulting, Inc. 2328 E. Lincoln Hwy. Suite 230 New Lenox, IL 60451 | - | | | | | | | |
| | | | | | | | | 2,929.50 |

Sheet no. __14__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    6,011.10

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Valet Parking Service, Inc.**                                    ,          Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | disputed property damage claim | | | | |
| Stephan Geifman 57 West Burton Place Chicago, IL 60610 | | - | | | X | X | Unknown |
| Account No. | | | disputed property damage claim | | | | |
| Susan Lopez 721-1 Fox River Road Valparaiso, IN 46385 | | - | | | X | X | Unknown |
| Account No. | | | disputed property damage claim | | | | |
| Susan Provenzano 1128 Bedford Grosse Pointe, MI 48230 | | - | | | X | X | Unknown |
| Account No. | | | | | | | |
| T-Mobile PO Box 742596 Cincinnati, OH 45274 | | - | | | | | 1,627.30 |
| Account No. | | | labor | | | | |
| Teamsters Local Union No. 727 Health and Welfare 5940 W. Montrose Chicago, IL 60633 | | - | | | | | 90,972.95 |

Sheet no. __15__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  92,600.25

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Valet Parking Service, Inc.**                                    ,    Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | labor | | | | | | |
| Teamsters Local Union No. 727 Legal or Educational Fund 5940 W. Montrose Chicago, IL 60633 | - | | | | | | | 2,831.30 |
| Account No. | | labor | | | | | | |
| Teamsters Local Union No. 727 Pension Fund 5940 W. Montrose Chicago, IL 60633 | - | | | | | | | 24,195.30 |
| Account No. | | labor | | | | | | |
| Teamsters Local Union No. 727 Parking Industry Labor 5940 W. Montrose Chicago, IL 60633 | - | | | | | | | 8,658.00 |
| Account No. **936739** | | | | | | | | |
| The Lock Up Storage Centers 2525 W. Armitage Ave. Chicago, IL 60647 | - | | | | | | | 222.00 |
| Account No. **1540953** | | | | | | | | |
| The Lock Up Storage Centers 2525 W. Armitage Ave. Chicago, IL 60647 | - | | | | | | | 477.00 |

Sheet no. __16__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

36,383.60

B6F (Official Form 6F) (12/07) - Cont.

In re    **Valet Parking Service, Inc.**                                                    ,    Case No. _____
                                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | disputed property damage claim | | | | |
| Timothy Samuelson 5530 S. South Shore Drive Chicago, IL 60615 | - | | | | X | X | |
| | | | | | | | **Unknown** |
| Account No. | | | disputed property damage claim | | | | |
| Tony Grande 17508 Oakwood Drive Tinley Park, IL 60477 | - | | | | X | X | |
| | | | | | | | **Unknown** |
| Account No. | | | 04 C 1783 | | | | |
| Victor Falconi Law Office of Douglas M. Werman 77 W. Washington, Suite 1815 Chicago, IL 60602 | - | | | | | | |
| | | | | | | | **13,222.66** |
| Account No. | | | 04 C 1783 | | | | |
| Xavier Nunez Law Office of Douglas M. Werman 77 W. Washington, Suite 1815 Chicago, IL 60602 | - | | | | | | |
| | | | | | | | **26,130.19** |
| Account No. | | | 04 C 1783 | | | | |
| Zoran Medic Law Office of Douglas M. Werman 77 W. Washington, Suite 1815 Chicago, IL 60602 | - | | | | | | |
| | | | | | | | **3,564.25** |

Sheet no. __17__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | **42,917.10** |
|---|---|---|
|  | Total (Report on Summary of Schedules) | **2,573,545.29** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re   **Valet Parking Service, Inc.**        ,     Case No. _____

                      Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **733 N. LaSalle LLC**<br>**733 N. LaSalle LLC, 4th Floor**<br>**Chicago, IL 60611** | **non residential lease of real property through**<br>**6/30/2008 month to month $5,587.58/month**<br>**terminating June 30, 2008** |
| **Dell Financial Services**<br>**P.O. Box 5292**<br>**Carol Stream, IL 60197** | **4 computer leases** |
| **Hines 70 West Madison LP**<br>**70 West Madison, Suite 440**<br>**Chicago, IL 60602** | **non residential lease of real property through**<br>**6/30/08 @$79,929.50 gross 7/1/08 through**<br>**06/30/09** |
| **Impact Networking** | **copy machine** |
| **Mid America Bank**<br>**55 & Holmes Ave.**<br>**Clarendon Hills, IL 60514** | **non residential lease of real property month to**<br>**month @ $15,000/month gross** |
| **Pitney Bowes** | **postal services** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **Valet Parking Service, Inc.**                        ,      Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Cesar Maza** | **Anthony Pieper**<br>**4069 Buena Vista**<br>**Dallas, TX 75204** |
| **Cesar Maza** | **Eduardo Perugachi**<br>**Law Office of Douglas M. Werman**<br>**77 W. Washington, Suite 1815**<br>**Chicago, IL 60602** |
| **Domingo Composto** | **Anthony Pieper**<br>**4069 Buena Vista**<br>**Dallas, TX 75204** |
| **Domingo Composto** | **Eduardo Perugachi**<br>**Law Office of Douglas M. Werman**<br>**77 W. Washington, Suite 1815**<br>**Chicago, IL 60602** |

**0**

_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Valet Parking Service, Inc.**

                          Debtor(s)

Case No.

Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**30**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **June 27, 2008**

Signature    **/s/ Cesar Meza**

                      **Cesar Meza**
                      **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Valet Parking Service, Inc.**                                          Case No.

_____                                    _____
Debtor(s)                      Chapter      **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$9,360,777.00** | **July 2007 to April 30, 2008** |
| **$15,502,072.00** | **Gross Receipts 07/01/06 to 06/30/07** |
| **$18,041,012.00** | **Gross receipts 07/01/05 to 06/30/06** |

**2. Income other than from employment or operation of business**

None
■
State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                              SOURCE

**3. Payments to creditors**

None
■
*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐
b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **701-707 N Orleans LLC** | **March 27 - present** | **$72,000.00** | **$0.00** |
| **Salvatore J. Balsamo** | **March 27, 2008 - present** | **$7,583.33** | **$0.00** |
| **Blue Cross Blue Shield** | **March 27, 2008 - present** | **$40,042.54** | **$0.00** |
| **Cananwill, Inc.** | **March 27, 2008 - present** | **$38,043.81** | **$0.00** |
| **Cook County Dept. of Revenue** | **March 27, 2008 - present** | **$12,912.36** | **$0.00** |
| **Diamond Parking** | **March 27, 2008 - present** | **$12,240.00** | **$0.00** |
| **Alan Freeman** | **March 27, 2008 - present** | **$22,000.00** | **$0.00** |
| **Hines 70 West Madison, LP** | **March 27, 2008 - present** | **$13,361.28** | **$0.00** |
| **McLeod USA**<br>**PO Box 3243**<br>**Milwaukee, WI 53201-3243** | **March 27, 2008 - present** | **$5,235.06** | **$3,406.32** |
| **Park One**<br>**65 E. Harrison**<br>**Chicago, IL 60605** | **March 27, 2008 - present** | **$46,000.00** | **$23,000.00** |
| **Anthony Pieper**<br>**4069 Buena Vista**<br>**Dallas, TX 75204** | **March 27, 2008 - present** | **$21,774.36** | **$310,000.00** |

3

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Standard Parking** | **March 27, 2008 - present** | **$17,000.00** | **$0.00** |
| **Teamsters Local Union No. 727 5940 W. Montrose Chicago, IL 60633** | **March 27, 2008 - present** | **$34,666.24** | **$126,657.55** |
| **United Pacific Bank** | **March 27, 2008 - present** | **$56,652.38** | **$0.00** |

None ☐    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Littler Mendelson, PC** | **September 2007 - December 2007** | **$9,887.50** | **$0.00** |
| **Attorney** | | | |

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **The Law Offices of Sam Cuba** | **February - June 2008** | **$9,781.75** | **$0.00** |
| **Attorney** | | | |
| **Gab Robbins** | **August 2007 - January 2008** | **$1,994.07** | **$0.00** |
| **Attorney** | | | |
| **Cesar Maza** <br> **2566 Audrey Lane** <br> **Wilmette, IL 60091** <br> **Member** | **June 2007 - present payroll** | **$143,944.47** | **$389,092.39** |
| **Domigo Composto** <br> **3404 W. Wilmette Ave.** <br> **Wilmette, IL 60091** <br> **Member** | **June 2007 - present payroll** | **$179,776.05** | **$198,946.13** |
| **Domigo Composto** <br> **3404 W. Wilmette Ave.** <br> **Wilmette, IL 60091** <br> **Member** | **June 2007 to present interest on loan** | **$9,269.54** | **$198,946.13** |
| **Cesar Maza** <br> **2566 Audrey Lane** <br> **Wilmette, IL 60091** <br> **member** | **June 2007 - present interest on loan** | **$21,918.27** | **$389,092.39** |
| **Domigo Composto** <br> **3404 W. Wilmette Ave.** <br> **Wilmette, IL 60091** <br> **member** | **June 2007 - June 2008 reimbursement for expense** | **$1,050.00** | **$198,946.13** |
| **Cesar Maza** <br> **2566 Audrey Lane** <br> **Wilmette, IL 60091** <br> **member** | **June 2007 - present Reimbursement for expenses** | **$13,213.70** | **$389,092.39** |
| **Cesar Maza** <br> **2566 Audrey Lane** <br> **Wilmette, IL 60091** <br> **member** | **June 2007 - present reimbursement for car** | **$7,000.00** | **$389,092.39** |
| **733 N. LaSalle LLC** <br> **Chicago, IL 60611** <br> **Rent** | **June 2007 - present** | **$52,305.32** | **$0.00** |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **215 West Lake Investors LLC** <br> **07 M1 705722** <br> **07 M1 705721** <br> **07 M1 705723** | **forcible** | **Cook County** | **Judgment** |
| **City of Chicago Dept. of Revenue** <br> **08 TX 0125** | **tax assessment** | **City of Chicago** | **Final Assessment** |

5

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **BPRS/Chestnut Venture Ltd. Partnership 08 M1 700375** | **breach of contract** | **Cook County** | **Judgment** |
| **Next East LLC 07 M1 705721** | **forcible** | **Cook County** | **judgment** |
| **Next Walton, LLC 07 M1 705723** | **forcible** | **Cook County** | **Judgment** |

None
■     b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
■     List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None
■     a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■     b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■     List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

6

**8. Losses**

None ■
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Robert J. Adams & Associates** | **June 2008 defense re City of Chicago** | **$500.00** |
| **Robert J. Adams & Associates** | **June 2008** | **$12,500.00** |
| **Querrey & Harrow** **175 W. Jackson Boulevard, Suite 1600** **Chicago, IL 60604** | **June 2008** | **$8,539.00** |

**10. Other transfers**

None ■
a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■
b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

7

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

8

None  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable
■     or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known,
      the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
■     Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
■     the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
      docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
■     ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
      partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years**
      immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
      within **six years** immediately preceding the commencement of this case.

      *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
      ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six
      years** immediately preceding the commencement of this case.

      *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
      ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six
      years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
■

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has
been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or
owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole
proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above,
within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go
directly to the signature page.)*

9

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Cole Martin & Co.** | **1998 to present** |
| **1532 Barclay Blvd.** | |
| **Buffalo Grove, IL** | |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
☐

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Broadway Bank** | **2007** |
| **5960 N. Broadway** | |
| **Chicago, IL 60660** | |

**20. Inventories**

None
■

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None
■

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

10

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                    DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                          DATE AND PURPOSE                    AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR         OF WITHDRAWAL                      OR DESCRIPTION AND
                                                                                              VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ■   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                    TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **June 27, 2008**                    Signature  **/s/ Cesar Meza**
                                                                          **Cesar Meza**
                                                                          **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Valet Parking Service, Inc.** _____ ,

                                        Debtor

Case No. _____

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Cesar Maza**<br>**2566 Audrey Lane**<br>**Wilmette, IL 60091** | **Common** | **60%** | **holder** |
| **Domigo Composto**<br>**3404 W. Wilmette Ave.**<br>**Wilmette, IL 60091** | **Common** | **40%** | **holder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___ **June 27, 2008** _____        Signature **/s/ Cesar Meza** _____
                                                     **Cesar Meza**
                                                     **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**___ continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re __Valet Parking Service, Inc.__ _____

_____ Debtor(s)

Case No. _____

Chapter __11__

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ __96__

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: __June 27, 2008__ _____

/s/ Cesar Meza _____

**Cesar Meza**/**President**
Signer/Title

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

215 West Lake Investors LLC
c/o Levenfeld Pearlstein LLC
2 N. LaSalle St., Suite 1300
Chicago, IL 60602


733 N. LaSalle LLC
733 N. LaSalle LLC, 4th
Chicago, IL 60611


733 N. LaSalle LLC
733 N. LaSalle LLC, 4th Floor
Chicago, IL 60611


A-Reliable Polish Cleaning Service
1 E. Oak St., Suite 3E
Chicago, IL 60610


Aaron & Maureen Mobarak
40 E. Schiller
Chicago, IL 60601


Advanced Messanger Service
485 Norht Milwaukee Ave.
Chicago, IL 60610-3922


Ameritech SBC
Bill Payment Center
Chicago, IL 60663


Anthony Pieper
4069 Buena Vista
Dallas, TX 75204


Aramark
PO Box 0903
Carol Stream, IL 60132-0903


Banco Popular
Visa Commercial Card
PO Box 1111
Madison, WI 53701-1111


Beverly & Eduardo Basit
11547 Burr Oak Lane
Willowbrook, IL 60527

Bill Barry
516 6th Ave.
Marengo, IL 60152


BPRS/Chestnut Ventures Ltd. Ptn
c/o David G. Trout
303 W. Madison, Suite 1800
Chicago, IL 60606


Broadway Bank
5960 N. Broadway
Chicago, IL 60660


Cesar Maza
2566 Audrey Lane
Wilmette, IL 60091


Cesar Maza


Christian Calderon
5013 West Parker
Chicago, IL 60639


Christien Gasiencia
5912 S. Archer Ave., #3
Chicago, IL 60638


Chrysler Financial
Payment Processing Center
PO Box 2993
Milwaukee, WI 53201-2993


Chubb & Son Inc.
c/o Soffer Rech & Borg LLP
48  Wall Street 26th Floor
New York, NY 10005


CIT Technology Fin. Serv, Inc.
21146 Network Place
Chicago, IL 60673-1211

City of Chicago
Dept. of Revenue
30 N. LaSalle, Suite 900
Chicago, IL 60602


City of Chicago Dept. of
Business Affairs and Licensing
121 N. LaSalle, Room 800
Chicago, IL 60602


Culligan
PO Box 5277
Carol Stream, IL 60197-5277


Da'non Bolden
513 Bellaemine Dr., Suite B
Lansing, IL 60438


Dell Financial Services
Payment Processing Center
PO Box 5292
Carol Stream, IL 60197-5292


Dell Financial Services
P.O. Box 5292
Carol Stream, IL 60197


Domigo Composto
3404 W. Wilmette Ave.
Wilmette, IL 60091


Domingo Composto


Doors System
751 Expressway Drive
Itasca, IL 60143


Edison Perugachi
Law Office of Douglas M. Werman
77 W. Washington, Suite 1815
Chicago, IL 60602

Eduardo Perugachi
Law Office of Douglas M. Werman
77 W. Washington, Suite 1815
Chicago, IL 60602


Gamiliel Rodriguez
Law Office of Douglas M. Werman
77 W. Washington, Suite 1815
Chicago, IL 60602


Geico Direct
4925 Ocmulgee E. Blvd.
Itasca, IL 60143


George Ongay
1237 West Ohio, #3F
Chicago, IL 60622


Hartford Financial Services, Inc.
Department #5454
PO Box 30000
Hartford, CT 06150


Hines 70 West Madison LP
70 West Madison, Suite 440
Chicago, IL 60602


Honorato Vanegas
Law Office of Douglas M. Werman
77 W. Washington, Suite 1815
Chicago, IL 60602


HQ Printers, Inc.
200 North LaSalle Street
Chicago, IL 60601


IL Dept. of Employment Security
33 S. State Street
Chicago, IL 60603


Illinois Department of Revenue
P.O. Box 19084
Springfield, IL 62794-9084

Illinois Paper & Copier Co.
6 Territorial Ct.
Bolingbrook, IL 60440


Impact Networking


Impact Networking Inc.
Dept. 5270
PO Box 1170
Milwaukee, WI 53201-1170


Industrial Door Company of Chicago
1555 Landmeier Road
Elk Grove Village, IL 60007


Ira Lauter
4257 Henry Way
Northbrook, IL 60062


IRS
Department of Treasury
Cincinnati, OH 45999


Jack Berger
950 W. Erie, #801
Chicago, IL 60622


James Crowe
3637 N. Hamilton Ave.
Chicago, IL 60618


Jose Alvarez
16561 Lock Ridge Ave.
Oak Forest, IL 60452


Jose Contreras
c/o William Reynolds -Vrdolyak Law
9618 South Commercial Ave.
Chicago, IL 60617


Joy Logan
9343 South Emerald
Chicago, IL 60620

Kadia Johnson
19501 Lake Shore Drive, #2N
Lynwood, IL 60411


Katherine Diebold
7935 Elm Grove Drive
Elmwood Park, IL 60707


Kenneth James
471 Sheridan Road
Winnetka, IL 60093


Laura West
606 West Cornelia Ave.
Chicago, IL 60657


Levy Restaurants
2230 N. Cannon Drive
Chicago, IL 60614


Littler Mendelson, PC
200 N. LaSalle St., Suite 2900
Chicago, IL 60601


Marcelo Guerron
Law Office of Douglas M. Werman
77 W. Washington, Suite 1815
Chicago, IL 60602


Marcus Jackson
22444 Lakeshore Drive
Richton Park, IL 60471


Maria Maza
255 Audrey Lane
Northbrook, IL 60062


Marlene Bahena
1000 West 64th St., Apt. 11
La Grange, IL 60525


Martin Duran
Law Offices of Douglas M. Werman
77 W. Washington, Suite 1815
Chicago, IL 60602

McLeod USA
PO Box 3243
Milwaukee, WI 53201-3243


Mid America Bank
55 & Holmes Ave.
Clarendon Hills, IL 60514


Nancy Gidwitz
Jeff Grossman
1843 North Freemont
Chicago, IL 60614


National City
PO Box 4468
Lisle, IL 60532


Next East Oak LLC
c/o Levenfeld Pearlstein LLC
2 N. LaSalle St., Suite 1300
Chicago, IL 60602


Next Time
1147 N. Grove Ave.
Oak Park, IL 60302


Next Walton LLC
c/o Levenfeld Pearlstein LLC
2 N. LaSalle St., Suite 1300
Chicago, IL 60602


Orlando Patrick
2045 North Harlem
Chicago, IL 60607


Oscar Novoa
Law Office of Douglas M. Werman
77 W. Washington, Suite 1815
Chicago, IL 60602


Park One
65 E. Harrison
Chicago, IL 60605

Pitney Bowes
Po Box 856460
Louisville, KY 40285-6460


Pitney Bowes
Purchase Power
PO Box 856042
Louisville, KY 40285-6042


Pitney Bowes



Purchase Power
PO Box 856042
Louisville, KY 40285


Rita Fox
888 South Michigan Ave, #401
Chicago, IL 60605


Roy Anderson
7253 South Cornell
Chicago, IL 60649


Service Sanitation, Inc.
135 Blaine Street
Gary, IN 46406


Shred-it
115 W. Lake Drive, Suite 200
Gary, IN 46406


Skyline Consulting, Inc.
2328 E. Lincoln Hwy. Suite 230
New Lenox, IL 60451


Stephan Geifman
57 West Burton Place
Chicago, IL 60610


Susan Lopez
721-1 Fox River Road
Valparaiso, IN 46385

Susan Provenzano
1128 Bedford
Grosse Pointe, MI 48230


T-Mobile
PO Box 742596
Cincinnati, OH 45274


Teamsters Local Union
No. 727 Health and Welfare
5940 W. Montrose
Chicago, IL 60633


Teamsters Local Union
No. 727 Legal or Educational Fund
5940 W. Montrose
Chicago, IL 60633


Teamsters Local Union
No. 727 Pension Fund
5940 W. Montrose
Chicago, IL 60633


Teamsters Local Union
No. 727 Parking Industry Labor
5940 W. Montrose
Chicago, IL 60633


The Lock Up Storage Centers
2525 W. Armitage Ave.
Chicago, IL 60647


Timothy Samuelson
5530 S. South Shore Drive
Chicago, IL 60615


Tony Grande
17508 Oakwood Drive
Tinley Park, IL 60477


Victor Falconi
Law Office of Douglas M. Werman
77 W. Washington, Suite 1815
Chicago, IL 60602

Xavier Nunez
Law Office of Douglas M. Werman
77 W. Washington, Suite 1815
Chicago, IL 60602


Zoran Medic
Law Office of Douglas M. Werman
77 W. Washington, Suite 1815
Chicago, IL 60602

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Valet Parking Service, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Valet Parking Service, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 27, 2008**

Date

**/s/ Robert R. Benjamin**

**Robert R. Benjamin 0170429**

Signature of Attorney or Litigant
Counsel for   **Valet Parking Service, Inc.**
**Querrey & Harrow, Ltd.**
**175 W. Jackson Boulevard, Suite 1600**
**Chicago, IL 60604**
**(312)540-7000 Fax:(312)540-0578**
**rbenjamin@querrey.com**