# THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | **Chapter 11** |
| **Valet Parking Service, Inc.** ) | |
| **d/b/a Valet Parking Services, Inc.,** ) | Case No.  08 B 16625 |
| ) | |
| Debtor ) | Hon. Jacqueline B. Cox |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, November 4, 2008 at the hour of 9:30 a.m., I shall appear before the Honorable Jacqueline P. Cox, or any judge sitting in her stead, in courtroom 619 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604 and then and there present **Motion For Relief From Automatic Stay** which is attached.

By: /s/ Richard N. Golding
      His Attorney

Richard N. Golding, Esq. (ARDC 0992100)
The Law Offices of Richard N. Golding, P.C.
500 N. Dearborn Street, 2nd Floor
Chicago, IL 60610
Phone:  (312) 832-7885
Fax:  (312) 755-5700
Email:  rgolding@goldinglaw.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he caused a copy of the foregoing **Notice of Motion and the motion referred to therein** with attached proposed order to be filed with the Clerk of the U. S. Bankruptcy Court, Northern District of Illinois, using the CM/ECF filing system on this 20th day of October, 2008 and to the twenty largest creditors and to the parties listed below via U.S. mail.

Robert R. Benjamin
Querrey & Harrow, Ltd.
175 W. Jackson Blvd.
Suite 1600
Chicago, IL 60604

William T. Neary
United States Trustee's Office
219 S. Dearborn
Suite 873
Chicago, Illinois 60606

Robert J. Adams & Associates
125 S. Clark Street
Suite 1810
Chicago, Illinois 60603

Esther E. Tryban Telser
City of Chicago, Department of Law
30 N. LaSalle Street
Room 900
Chicago, IL 60602

Nicholas V. Dizonno
Law Offices of Serpe Dizonno &
 Associates, Ltd.
1317 S. First Avenue
Maywood, IL 60513

Robert B. Greenberg
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 W. Jackson Blvd., Suite 1900
Chicago, IL 60606

David G. Trout & Associates, Ltd.
303 W. Madison Street, Suite 1800
Chicago, IL 60606

Chrysler Financial Services Americas, L.L.C.,
c/o Riezman Berger, P.C.
7700 Bonhomme Ave., 7th Floor
St. Louis, MO 63105

Adelia Howard
c/o Briones Harvey & Trevino
1912 Ridge Road
Homewood IL 60430-0000

By: /s/ Richard N. Golding