**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | In Chapter 11 |
| | ) | |
| **VALET PARKING SERVICE, INC.,** | ) | Case No. 08 B 16625 |
| d/b/a VALET PARKING SERVICES, | ) | |
| INC., Debtor-In-Possession | ) | Hon. Jacqueline A. Cox |
| | ) | |

**NOTICE OF FILING**

To:   See Attached Service List

PLEASE TAKE NOTICE THAT on October 14, 2009 we caused to be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, **Report of Distribution,** a copy of which is attached hereto and thereby served upon you.

QUERREY & HARROW, LTD.

**Affidavit of Service**

I, Beverly A. Berneman, an attorney, certify that the above captioned Notice of Filing was served upon the person to whom it is addressed by mailing a copy of the same to them at their address and depositing the same in the United States Mail at 175 W. Jackson Boulevard, Chicago, Illinois on October 14, 2009, with proper postage prepaid.

/s/ Beverly A. Berneman
Beverly A. Berneman

QUERREY & HARROW, LTD.
Attorney for Debtor
175 W. Jackson Boulevard, Suite 1600
Chicago, Illinois 60604
(312) 540-7000

**Service List**

William T. Neary
UNITED STATES TRUSTEE'S OFFICE
219 S. Dearborn, Suite 873
Chicago, Illinois 60606

ROBERT J. ADAMS & ASSOCIATES
125 S. Clark Street, Suite 1810
Chicago, Illinois  60603

Esther E Tryban Telser
City of Chicago, Department of Law
30 N. LaSalle, Room 900
Chicago, IL 60602

Nicholas V. Dizonno
Law Offices of Serpe Dizonno & Associates, Ltd.
1317 S. First Avenue
Maywood, IL 60513

Robert B. Greenberg
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 W. Jackson Blvd.,  Suite 1900
Chicago, IL 60606

David G. Trout & Associates, Ltd.
303 W. Madison Street, Suite 1800
Chicago, IL 60606

Chrysler Financial Services Americas, L.L.C.,
c/o Riezman Berger, P.C.
7700 Bonhomme Ave 7th Floor
St. Louis, MO 63105


Document #: 1449632