THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VALET PARKING SERVICE, INC. | ) | Case No. 08 B 16625 |
| d/b/a VALET PARKING SERVICES, INC. | ) | |
| | ) | Judge Jacqueline Cox |
| Debtor. | ) | |
| | ) | Hearing: October 29, 2009, 9:30 a.m. |

## NOTICE OF MOTION

To:    See attached service list

PLEASE TAKE NOTICE that I will appear on October, 29, 2009 at 9:30 a.m., before the Honorable Jacqueline Cox or any other Judge sitting in her stead, in Courtroom 619, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL, and will then and there present **State Farm Mutual Automobile Insurance Company's Motion to Lift the Stay** a copy of which is enclosed with this notice and is herewith served upon you, and which time and place you may appear and be heard.

/s/ Forrest L. Ingram
One of Debtor's attorneys

Forrest L. Ingram, P.C.
Forrest L. Ingram #3129032
79 W. Monroe St., Suite 900
Chicago, IL 60603
(312) 759-2838

## CERTIFICATE OF SERVICE

I, Michael V. Ohlman, an attorney, certify that I caused a true and correct copy of the above and foregoing Notice and the document, to which it refers, on all parties entitled to service, by electronic filing through ECF, or by regular U.S. mail, or fax, as set forth on the attached service list, on October 19, 2009.

/s/Michael V. Ohlman

## SERVICE LIST

<u>Via ECF</u>:

Robert R. Benjamin
Querrey & Harrow, Ltd.
175 West Jackson Blvd, Suite 1600
Chicago, IL 60604

William T. Neary
US Trustee's Office
219 South Dearborn, Suite 873
Chicago, Illinois 60606

Robert J. Adams & Associates
125 S. Clark Street, Suite 1810
Chicago, Illinois 60603

Esther E. Tryban Telser
City of Chicago, Dept. of Law
30 North LaSalle Street Room 900
Chicago, IL 60602

Nicholas V. Dizommo
Law Offices of Serpe Dizonno & Associates, Ltd.
1317 South First Ave
Maywood, Illinois 60513

Robert B. Greenberg
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Blvd., Suite 1900
Chicago, Illinois 60606

David G. Trout & Associates, Ltd
303 West Madison Street, Suite 1800
Chicago, Illinois 60606

Chrysler Financial Services Americas, LLC
c/o Riezman Berger, P.C.
7700 Bonhomme Ave., 7th Floor
St. Louis, Missouri 63105

Adelia Howard
c/o Briones Harvey & Trevino
1912 Ridge Road
Homewood Illinois 60430

THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VALET PARKING SERVICE, INC. | ) | Case No. 08 B 16625 |
| d/b/a VALET PARKING SERVICES, INC. | ) | |
| | ) | Judge Jacqueline Cox |
| Debtor. | ) | |
| | ) | |

## MOTION TO MODIFY AUTOMATIC STAY

COMES NOW Movant, State Farm Mutual Automobile Insurance Company (hereinafter "State Farm"), and moves this Honorable Court for entry of an Order modifying the automatic stay to allow State Farm to proceed with its declaratory judgment action filed in the Chancery Division of the Circuit Court of Cook County, Illinois, and in support thereof, states as follows:

1. This Motion is brought pursuant to 11 U.S.C. § 362(d) for relief from the automatic stay arising from the filing of the voluntary petition in the above-captioned proceeding.

2. State Farm is a plaintiff in a Complaint for Declaratory Judgment now pending in the Circuit Court of Cook County, Illinois County Department – Chancery Division, Cause No.: 09CH23741, wherein Valet Parking Services, Inc., debtor above-named, is a named defendant. A copy of the Complaint for Declaratory Judgment is attached hereto and incorporated herein as Exhibit "A."

3. State Farm is not a creditor in this bankruptcy proceeding against, Valet Parking Services, Inc., debtor above-named, but is a party in interest in the pending proceeding in the Circuit Court of Cook County, Illinois. The basis of this Complaint for Declaratory Judgment concerns the scope and obligations under the policy,

alleging that no coverage is afforded under the policy and that there is no duty to defend or indemnify under the policy.

4. An automatic stay took effect on the filing of the petition in bankruptcy on June 27, 2008, prohibiting State Farm, among other things, from proceeding in the aforesaid action.

5. On December 23, 2008, this Court entered an Order Modifying Automatic Stay that permitted Timothy Samuelson to prosecute his claim "to the extent of any available insurance coverage. . . . ." A copy of said Order is attached hereto and incorporated herein as Exhibit "B."

6. State Farm moves this Court for relief from the automatic stay as to Debtor and Debtor's bankruptcy estate with respect to the aforementioned pending lawsuit in a non-bankruptcy forum.

7. Pursuant to 11 U.S.C. § 362(d), cause exists to grant State Farm's relief from stay to proceed with the non-bankruptcy action to final judgment in the non-bankruptcy forum because the claim does not affect the bankruptcy proceeding or the bankruptcy estate. It is a claim over disputed insurance coverage. State Farm seeks only a judgment declaring the scope and nature of its rights and obligation, if any.

8. Granting the present Motion will not prejudice any interest in assets or property now owned by Valet Parking Services, Inc., nor affect the proceedings in this case, or prejudice creditors in the present action before this Court.

WHEREFORE, State Farm respectfully requests that, after such notice of and hearing upon this Motion as this Court may deem appropriate, the Court grant an Order allowing Movant to proceed under applicable non-bankruptcy law to enforce its remedies to proceed to final

judgment in the declaratory action, as set forth herein, provided that the stay remains in effect with respect to enforcement of any judgment against debtor's or estate property, and for all other just and proper relief in the premises.

          Respectfully submitted,

          State Farm Mutual Automobile
          Insurance Company

By:   /s/ Forrest L. Ingram
      One of its attorneys

Forrest L. Ingram #3129032
Forrest L. Ingram P.C.
79 West Monroe, Suite 900
Chicago, Illinois 60603
(312) 759-2838