UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: JUDGE JACQUELINE P. COX          Hearing Date: October 22, 2009

Bankruptcy No. 08 B 16625                    Adversary No.

Title of Case: Valet Parking Services, Inc. d/b/a/ Valet Parking Services, Inc

Brief Statement of Motion: Order Resetting Hearing on State Farm Mutual Automobile Insurance Company's Motion to Modify Automatic Stay

Names and Addresses of moving counsel

Representing

## ORDER

It is ordered that the hearing scheduled for October 29, 2009 at 9:30 a.m. on State Farm Mutual Automobile Insurance Company's motion to modify automatic stay is stricken. The hearing is reset to November 4, 2009 at 9:30 a.m.

ENTERED: *Jacqueline P. Cox*

JUDGE JACQUELINE P. COX
UNTIED STATES BANKRUPTCY COURT