**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | In Chapter 11 |
| | ) | |
| VALET PARKING SERVICE, INC., | ) | Case No. 08 B 16625 |
| d/b/a VALET PARKING SERVICES, | ) | |
| INC., Debtor-In-Possession | ) | Hon. Jacqueline A. Cox |
| | ) | |
| | ) | Motion Date: November 18, 2009 |
| | ) | Motion Time: 10:30 a.m. |

## NOTICE OF MOTION

TO:   See attached Service List

PLEASE TAKE NOTICE THAT on November 18, 2009, at the hour of 10:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Jacqueline A. Cox of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, in Room 619 at 219 South Dearborn, Chicago, Illinois and present **MOTION FOR ENTRY OF FINAL DECREE ORDER.** A copy of same is attached hereto and thereby served upon you. You may appear if you so see fit.

## AFFIDAVIT OF SERVICE

I, Beverly A. Berneman, an attorney, certify that the above captioned Notice of Motion was served upon the person to whom it is addressed by mailing a copy of the same to them at their address and depositing the same in the United States Mail at 175 W. Jackson Boulevard, Chicago, Illinois on, November 4, 2009, with proper postage prepaid.

                                                    /s/*Beverly A. Berneman*
                                                        Beverly A. Berneman

QUERREY & HARROW, LTD.
Attorneys for Debtor
175 West Jackson Boulevard, Suite 1600
Chicago, Illinois  60604
312-540-7000

## SERVICE LIST

William T. Neary
UNITED STATES TRUSTEE'S OFFICE
219 S. Dearborn, Suite 873
Chicago, Illinois 60606

Esther E Tryban Telser
City of Chicago, Department of Law
30 N. LaSalle, Room 900
Chicago, IL 60602

Nicholas V. Dizonno
Law Offices of Serpe Dizonno & Associates, Ltd.
1317 S. First Avenue
Maywood, IL 60513

Robert B. Greenberg
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 W. Jackson Blvd., Suite 1900
Chicago, IL 60606

David G. Trout & Associates, Ltd.
303 W. Madison Street, Suite 1800
Chicago, IL 60606

Chrysler Financial Services Americas, L.L.C.,
c/o Riezman Berger, P.C.
7700 Bonhomme Ave 7th Floor
St. Louis, MO 63105

215 West Lake Investors LLC
c/o Levenfeld Pearlstein LLC
2 N. LaSalle St., Suite 1300
Chicago, IL 60602

733 N. LaSalle LLC
733 N. LaSalle LLC, 4th
Chicago, IL 60611

A-Reliable Polish Cleaning Service
1 E. Oak St., Suite 3E
Chicago, IL 60610

Aaron & Maureen Mobarak
40 E. Schiller
Chicago, IL 60601

Advanced Messanger Service
485 Norht Milwaukee Ave.
Chicago, IL 60610-3922

Ameritech SBC
Bill Payment Center
Chicago, IL 60663

Anthony Pieper
4069 Buena Vista
Dallas, TX 75204

Aramark
PO Box 0903
Carol Stream, IL 60132-0903

Banco Popular
Visa Commercial Card
PO Box 1111
Madison, WI 53701-1111

Beverly & Eduardo Basit
11547 Burr Oak Lane
Willowbrook, IL 60527

Bill Barry
516 6th Ave.
Marengo, IL 60152

BPRS/Chestnut Ventures Ltd. Ptn
c/o David G. Trout
303 W. Madison, Suite 1800
Chicago, IL 60606

Broadway Bank
5960 N. Broadway
Chicago, IL 60660

Cesar Maza
2566 Audrey Lane
Northbrook, IL 60062

Christian Calderon
5013 West Parker
Chicago, IL 60639

Christien Gasiencia
5912 S. Archer Ave., #3
Chicago, IL 60638

Chrysler Financial Services Americas, L.L.C.
c/o Riezman Berger, P.C.
7700 Bonhomme Ave 7th Floor
St. Louis, MO 63105

Chubb & Sons, Inc.
c/o Gustav P. Rech, Esquire
Soffer Rech & Borg LLP
48 Wall Street, 26th Floor
New York, NY 10005

CIT Technology Fin. Serv, Inc.
21146 Network Place
Chicago, IL 60673-1211

City of Chicago Dept. of
Business Affairs and Licensing
121 N. LaSalle, Room 800
Chicago, IL 60602

Culligan
PO Box 5277
Carol Stream, IL 60197-5277

Da'non Bolden
513 Bellaemine Dr., Suite B
Lansing, IL 60438

Dell Financial Services
Payment Processing Center
PO Box 5292
Carol Stream, IL 60197-5292

Domigo Composto
3404 W. Wilmette Ave.
Wilmette, IL 60091

Doors System
751 Expressway Drive
Itasca, IL 60143

Edison Perugachi
Law Office of Douglas M. Werman
77 W. Washington, Suite 1815
Chicago, IL 60602

Gamiliel Rodriguez
Law Office of Douglas M. Werman
77 W. Washington, Suite 1815
Chicago, IL 60602

Geico Direct
4925 Ocmulgee E. Blvd.
Itasca, IL 60143

George Ongay
1237 West Ohio, #3F
Chicago, IL 60622

Hartford Financial Services, Inc.
Department #5454
PO Box 30000
Hartford, CT 06150

Hines 70 West Madison LP
70 West Madison, Suite 440
Chicago, IL 60602

Honorato Vanegas
Law Office of Douglas M. Werman
77 W. Washington, Suite 1815
Chicago, IL 60602

HQ Printers, Inc.
200 North LaSalle Street
Chicago, IL 60601

IL Dept. of Employment Security
33 S. State Street
Chicago, IL 60603

Illinois Department of Revenue
P.O. Box 19084
Springfield, IL 62794-9084

Illinois Paper & Copier Co.
6 Territorial Ct.
Bolingbrook, IL 60440

Impact Networking Inc.
Dept. 5270
PO Box 1170
Milwaukee, WI 53201-1170

Industrial Door Company of Chicago
1555 Landmeier Road
Elk Grove Village, IL 60007

Ira Lauter
4257 Henry Way
Northbrook, IL 60062

IRS
Department of Treasury
Cincinnati, OH 45999

Jack Berger
950 W. Erie, #801
Chicago, IL 60622

James Crowe
3637 N. Hamilton Ave.
Chicago, IL 60618

Jose Alvarez
16561 Lock Ridge Ave.
Oak Forest, IL 60452

Jose Contreras
c/o William Reynolds -Vrdolyak Law
9618 South Commercial Ave.
Chicago, IL 60617

Joy Logan
9343 South Emerald
Chicago, IL 60620

Kadia Johnson
19501 Lake Shore Drive, #2N
Lynwood, IL 60411

Katherine Diebold
7935 Elm Grove Drive
Elmwood Park, IL 60707

Kenneth James
471 Sheridan Road
Winnetka, IL 60093

Law Office of Douglas M. Werman
77 W. Washington, Suite 1815
Chicago, IL 60602

Laura West
606 West Cornelia Ave.
Chicago, IL 60657

Levy Restaurants
2230 N. Cannon Drive
Chicago, IL 60614

Littler Mendelson, PC
200 N. LaSalle St., Suite 2900
Chicago, IL 60601

Marcelo Guerron
Law Office of Douglas M. Werman
77 W. Washington, Suite 1815
Chicago, IL 60602

Maria Maza
255 Audrey Lane
Northbrook, IL 60062

Martin Duran
Law Offices of Douglas M. Werman
77 W. Washington, Suite 1815
Chicago, IL 60602

Mid America Bank
55 & Holmes Ave.
Clarendon Hills, IL 60514

National City
PO Box 4468
Lisle, IL 60532

Next Time
1147 N. Grove Ave.
Oak Park, IL 60302

Nicholas V. Dizonno
Law Offices of Serpe Dizonno & Associates, Ltd.
1317 S. First Avenue
Maywood, IL 60513

Oscar Novoa
Law Office of Douglas M. Werman
77 W. Washington, Suite 1815
Chicago, IL 60602

Pitney Bowes
Po Box 856460
Louisville, KY 40285-6460

Marcus Jackson
22444 Lakeshore Drive
Richton Park, IL 60471

Marlene Bahena
1000 West 64th St., Apt. 11
La Grange, IL 60525

McLeod USA
PO Box 3243
Milwaukee, WI 53201-3243

Nancy Gidwitz
Jeff Grossman
1843 North Freemont
Chicago, IL 60614

Next East Oak LLC
c/o Levenfeld Pearlstein LLC
2 N. LaSalle St., Suite 1300
Chicago, IL 60602

Next Walton LLC
c/o Levenfeld Pearlstein LLC
2 N. LaSalle St., Suite 1300
Chicago, IL 60602

Orlando Patrick
2045 North Harlem
Chicago, IL 60607

Park One
65 E. Harrison
Chicago, IL 60605

Pitney Bowes
Purchase Power
PO Box 856042
Louisville, KY 40285-6042

Rita Fox
888 South Michigan Ave, #401
Chicago, IL 60605

Robert J. Adams & Associates
125 S. Clark Street, Suite 1810
Chicago, IL 60603

Roy Anderson
7253 South Cornell
Chicago, IL 60649

Service Sanitation, Inc.
135 Blaine Street
Gary, IN 46406

Shred-it
115 W. Lake Drive, Suite 200
Gary, IN 46406

Skyline Consulting, Inc.
2328 E. Lincoln Hwy. Suite 230
New Lenox, IL 60451

Stephan Geifman
57 West Burton Place
Chicago, IL 60610

Susan Lopez
721-1 Fox River Road
Valparaiso, IN 46385

Susan Provenzano
1128 Bedford
Grosse Pointe, MI 48230

T-Mobile
PO Box 742596
Cincinnati, OH 45274

Teamsters Local Union
No. 727 Health and Welfare
5940 W. Montrose
Chicago, IL 60633

Teamsters Local Union
No. 727 Legal or Educational Fund
5940 W. Montrose
Chicago, IL 60633

Teamsters Local Union
No. 727 Pension Fund
5940 W. Montrose
Chicago, IL 60633

Teamsters Local Union
No. 727 Parking Industry Labor
5940 W. Montrose
Chicago, IL 60633

The Lock Up Storage Centers
2525 W. Armitage Ave.
Chicago, IL 60647

Timothy Samuelson
5530 S. South Shore Drive
Chicago, IL 60615

Tony Grande
17508 Oakwood Drive
Tinley Park, IL 60477

Victor Falconi
Law Office of Douglas M. Werman
77 W. Washington, Suite 1815
Chicago, IL 60602

Xavier Nunez
Law Office of Douglas M. Werman
77 W. Washington, Suite 1815
Chicago, IL 60602

Zoran Medic
Law Office of Douglas M. Werman
77 W. Washington, Suite 1815
Chicago, IL 60602

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **In Chapter 11** |
| | ) | |
| **VALET PARKING SERVICE, INC.,** d/b/a **VALET PARKING SERVICES, INC.,** | ) ) ) | **Case No. 08 B 16625** |
| | ) | **Hon. Jacqueline A. Cox** |
| | ) | |
| Reorganized Debtor. | ) ) | Motion Date: November 18, 2009 Motion Time: 10:30 a.m. |

**MOTION FOR ENTRY OF
FINAL DECREE ORDER**

Reorganized Debtor, VALET PARKING SERVICE, INC., d/b/a VALET PARKING SERVICES, INC., ("Valet Parking" or "Debtor") by and through its attorneys, QUERREY & HARROW, LTD., moves this Court for entry of a final decree order and respectfully represents to the Court as follows:

1. Debtor filed for relief under Chapter 11 of the United States Code ("Bankruptcy Code") on June 27, 2008. Debtor operates a valet parking service.

2. On August 27, 2009, this Court entered an order confirming Debtor's Plan of Reorganization.

3. Debtor has made its initial distribution to creditors and has filed report of distribution with the Court. **[Docket No. 246]**.

4. There are no further matters for this Court to administer.

WHEREFORE, Reorganized Debtor, VALET PARKING SERVICE, INC., d/b/a VALET PARKING SERVICES, INC., prays as follows:

A. That this Court enter a final decree order; and

    B.    For such other and further relief as this Court deems just and proper.

VALET PARKING SERVICE, INC., d/b/a
VALET PARKING SERVICES, INC.,

/s/ *Beverly A. Berneman*
    Beverly A. Berneman
    One of its attorneys

QUERREY & HARROW, LTD.
Attorney for Debtor
175 West Jackson Boulevard, Suite 1600
Chicago, Illinois 60604
(312) 540-7000