# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Chapter 11 |
| | ) | |
| VALET PARKING SERVICE, INC., | ) | Case No. 08 B 16625 |
| d/b/a VALET PARKING SERVICES, | ) | |
| INC., Debtor-In-Possession | ) | Hon. Jacqueline A. Cox |
| | ) | |
| | ) | Motion Date:  November 18, 2009 |
| | ) | Motion Time:  10:30 a.m. |

## NOTICE OF MOTION

TO:    See attached

PLEASE TAKE NOTICE THAT on November 18, 2009 at the hour of 10:30 a.m., the **FINAL FEE PETITION OF SPECIAL COUNSEL FOR THE DEBTOR AND MOTION TO SHORTEN TIME FOR NOTICE THEREOF**, shall be heard by the shall be heard by the Honorable Jacqueline A. Cox of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, in Room 619 at 219 South Dearborn Street, Chicago, Illinois. 60604. A copy of same is attached hereto and thereby served upon you.  You may appear if you so see fit.

                                                QUERREY & HARROW, LTD.


## AFFIDAVIT OF SERVICE

I, Beverly A. Berneman, an attorney, certify that I caused the foregoing Notice of Motion upon the persons to whom it is addressed by mailing copies of the same to them and depositing it in the U.S. Mail at 175 West Jackson Boulevard, Chicago, Illinois at 5:00 p.m. on November 4, 2009, with proper postage prepaid.


                                                /s/*Beverly A. Berneman*
                                                    Beverly A. Berneman

QUERREY & HARROW, LTD.
175 West Jackson Boulevard, Suite 1600
Chicago, Illinois  60604
312-540-7000

## SERVICE LIST

William T. Neary
UNITED STATES TRUSTEE'S OFFICE
219 S. Dearborn, Suite 873
Chicago, Illinois 60606

Nicholas V. Dizonno
Law Offices of Serpe Dizonno & Associates, Ltd.
1317 S. First Avenue
Maywood, IL 60513

David G. Trout & Associates, Ltd.
303 W. Madison Street, Suite 1800
Chicago, IL 60606

215 West Lake Investors LLC
c/o Levenfeld Pearlstein LLC
2 N. LaSalle St., Suite 1300
Chicago, IL 60602

A-Reliable Polish Cleaning Service
1 E. Oak St., Suite 3E
Chicago, IL 60610

Advanced Messanger Service
485 Norht Milwaukee Ave.
Chicago, IL 60610-3922

Anthony Pieper
4069 Buena Vista
Dallas, TX 75204

Banco Popular
Visa Commercial Card
PO Box 1111
Madison, WI 53701-1111

Bill Barry
516 6th Ave.
Marengo, IL 60152

Esther E Tryban Telser
City of Chicago, Department of Law
30 N. LaSalle, Room 900
Chicago, IL 60602

Robert B. Greenberg
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 W. Jackson Blvd., Suite 1900
Chicago, IL 60606

Chrysler Financial Services Americas, L.L.C.,
c/o Riezman Berger, P.C.
7700 Bonhomme Ave 7th Floor
St. Louis, MO 63105

733 N. LaSalle LLC
733 N. LaSalle LLC, 4th
Chicago, IL 60611

Aaron & Maureen Mobarak
40 E. Schiller
Chicago, IL 60601

Ameritech SBC
Bill Payment Center
Chicago, IL 60663

Aramark
PO Box 0903
Carol Stream, IL 60132-0903

Beverly & Eduardo Basit
11547 Burr Oak Lane
Willowbrook, IL 60527

BPRS/Chestnut Ventures Ltd. Ptn
c/o David G. Trout
303 W. Madison, Suite 1800
Chicago, IL 60606

| | |
|---|---|
| Broadway Bank<br>5960 N. Broadway<br>Chicago, IL 60660 | Cesar Maza<br>2566 Audrey Lane<br>Northbrook, IL 60062 |
| Christian Calderon<br>5013 West Parker<br>Chicago, IL 60639 | Christien Gasiencia<br>5912 S. Archer Ave., #3<br>Chicago, IL 60638 |
| Chrysler Financial Services Americas, L.L.C.<br>c/o Riezman Berger, P.C.<br>7700 Bonhomme Ave 7th Floor<br>St. Louis, MO 63105 | Chubb & Sons, Inc.<br>c/o Gustav P. Rech, Esquire<br>Soffer Rech & Borg LLP<br>48 Wall Street, 26th Floor<br>New York, NY 10005 |
| CIT Technology Fin. Serv, Inc.<br>21146 Network Place<br>Chicago, IL 60673-1211 | City of Chicago Dept. of<br>Business Affairs and Licensing<br>121 N. LaSalle, Room 800<br>Chicago, IL 60602 |
| Culligan<br>PO Box 5277<br>Carol Stream, IL 60197-5277 | Da'non Bolden<br>513 Bellaemine Dr., Suite B<br>Lansing, IL 60438 |
| Dell Financial Services<br>Payment Processing Center<br>PO Box 5292<br>Carol Stream, IL 60197-5292 | Domigo Composto<br>3404 W. Wilmette Ave.<br>Wilmette, IL 60091 |
| Doors System<br>751 Expressway Drive<br>Itasca, IL 60143 | Edison Perugachi<br>Law Office of Douglas M. Werman<br>77 W. Washington, Suite 1815<br>Chicago, IL 60602 |
| Gamiliel Rodriguez<br>Law Office of Douglas M. Werman<br>77 W. Washington, Suite 1815<br>Chicago, IL 60602 | Geico Direct<br>4925 Ocmulgee E. Blvd.<br>Itasca, IL 60143 |
| George Ongay<br>1237 West Ohio, #3F<br>Chicago, IL 60622 | Hartford Financial Services, Inc.<br>Department #5454<br>PO Box 30000<br>Hartford, CT 06150 |
| Hines 70 West Madison LP<br>70 West Madison, Suite 440<br>Chicago, IL 60602 | Honorato Vanegas<br>Law Office of Douglas M. Werman<br>77 W. Washington, Suite 1815<br>Chicago, IL 60602 |

HQ Printers, Inc.
200 North LaSalle Street
Chicago, IL 60601

IL Dept. of Employment Security
33 S. State Street
Chicago, IL 60603

Illinois Department of Revenue
P.O. Box 19084
Springfield, IL 62794-9084

Illinois Paper & Copier Co.
6 Territorial Ct.
Bolingbrook, IL 60440

Impact Networking Inc.
Dept. 5270
PO Box 1170
Milwaukee, WI 53201-1170

Industrial Door Company of Chicago
1555 Landmeier Road
Elk Grove Village, IL 60007

Ira Lauter
4257 Henry Way
Northbrook, IL 60062

IRS
Department of Treasury
Cincinnati, OH 45999

Jack Berger
950 W. Erie, #801
Chicago, IL 60622

James Crowe
3637 N. Hamilton Ave.
Chicago, IL 60618

Jose Alvarez
16561 Lock Ridge Ave.
Oak Forest, IL 60452

Jose Contreras
c/o William Reynolds -Vrdolyak Law
9618 South Commercial Ave.
Chicago, IL 60617

Joy Logan
9343 South Emerald
Chicago, IL 60620

Kadia Johnson
19501 Lake Shore Drive, #2N
Lynwood, IL 60411

Katherine Diebold
7935 Elm Grove Drive
Elmwood Park, IL 60707

Kenneth James
471 Sheridan Road
Winnetka, IL 60093

Law Office of Douglas M. Werman
77 W. Washington, Suite 1815
Chicago, IL 60602

Laura West
606 West Cornelia Ave.
Chicago, IL 60657

Levy Restaurants
2230 N. Cannon Drive
Chicago, IL 60614

Littler Mendelson, PC
200 N. LaSalle St., Suite 2900
Chicago, IL 60601

Marcelo Guerron
Law Office of Douglas M. Werman
77 W. Washington, Suite 1815
Chicago, IL 60602

Marcus Jackson
22444 Lakeshore Drive
Richton Park, IL 60471

Maria Maza  
255 Audrey Lane  
Northbrook, IL 60062  

Martin Duran  
Law Offices of Douglas M. Werman  
77 W. Washington, Suite 1815  
Chicago, IL 60602  

Mid America Bank  
55 & Holmes Ave.  
Clarendon Hills, IL 60514  

National City  
PO Box 4468  
Lisle, IL 60532  

Next Time  
1147 N. Grove Ave.  
Oak Park, IL 60302  

Nicholas V. Dizonno  
Law Offices of Serpe Dizonno & Associates, Ltd.  
1317 S. First Avenue  
Maywood, IL  60513  

Oscar Novoa  
Law Office of Douglas M. Werman  
77 W. Washington, Suite 1815  
Chicago, IL 60602  

Pitney Bowes  
Po Box 856460  
Louisville, KY 40285-6460  

Rita Fox  
888 South Michigan Ave, #401  
Chicago, IL 60605  

Roy Anderson  
7253 South Cornell  
Chicago, IL 60649  

Marlene Bahena  
1000 West 64th St., Apt. 11  
La Grange, IL 60525  

McLeod USA  
PO Box 3243  
Milwaukee, WI 53201-3243  

Nancy Gidwitz  
Jeff Grossman  
1843 North Freemont  
Chicago, IL 60614  

Next East Oak LLC  
c/o Levenfeld Pearlstein LLC  
2 N. LaSalle St., Suite 1300  
Chicago, IL 60602  

Next Walton LLC  
c/o Levenfeld Pearlstein LLC  
2 N. LaSalle St., Suite 1300  
Chicago, IL 60602  

Orlando Patrick  
2045 North Harlem  
Chicago, IL 60607  

Park One  
65 E. Harrison  
Chicago, IL 60605  

Pitney Bowes  
Purchase Power  
PO Box 856042  
Louisville, KY 40285-6042  

Robert J. Adams & Associates  
125 S. Clark Street, Suite 1810  
Chicago, IL  60603  

Service Sanitation, Inc.  
135 Blaine Street  
Gary, IN 46406

Shred-it
115 W. Lake Drive, Suite 200
Gary, IN 46406

Stephan Geifman
57 West Burton Place
Chicago, IL 60610

Susan Provenzano
1128 Bedford
Grosse Pointe, MI 48230

Teamsters Local Union
No. 727 Health and Welfare
5940 W. Montrose
Chicago, IL 60633

Teamsters Local Union
No. 727 Pension Fund
5940 W. Montrose
Chicago, IL 60633

The Lock Up Storage Centers
2525 W. Armitage Ave.
Chicago, IL 60647

Tony Grande
17508 Oakwood Drive
Tinley Park, IL 60477

Xavier Nunez
Law Office of Douglas M. Werman
77 W. Washington, Suite 1815
Chicago, IL 60602

Skyline Consulting, Inc.
2328 E. Lincoln Hwy. Suite 230
New Lenox, IL 60451

Susan Lopez
721-1 Fox River Road
Valparaiso, IN 46385

T-Mobile
PO Box 742596
Cincinnati, OH 45274

Teamsters Local Union
No. 727 Legal or Educational Fund
5940 W. Montrose
Chicago, IL 60633

Teamsters Local Union
No. 727 Parking Industry Labor
5940 W. Montrose
Chicago, IL 60633

Timothy Samuelson
5530 S. South Shore Drive
Chicago, IL 60615

Victor Falconi
Law Office of Douglas M. Werman
77 W. Washington, Suite 1815
Chicago, IL 60602

Zoran Medic
Law Office of Douglas M. Werman
77 W. Washington, Suite 1815
Chicago, IL 60602

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | In Chapter 11 |
| | ) | |
| **VALET PARKING SERVICE, INC.,** | ) | Case No. 08 B 16625 |
| d/b/a **VALET PARKING SERVICES,** | ) | |
| **INC., Debtor-In-Possession** | ) | Hon. Jacqueline A. Cox |
| | ) | |
| | ) | Motion Date: November 18, 2009 |
| | ) | Motion Time: 10:30 a.m. |

**FINAL FEE PETITION OF SPECIAL COUNSEL FOR
THE DEBTOR AND MOTION TO SHORTEN
<u>TIME FOR NOTICE THEREOF</u>**

Debtor, VALET PARKING SERVICE, INC., d/b/a VALET PARKING SERVICES, INC., ("Valet Parking" or "Debtor") by and through its attorneys, QUERREY & HARROW, LTD., applies to this court for an order approving the payment of final compensation in the amount $1,125.00 to special counsel, SAM CUBA, for the Debtor, and in support thereof states as follows:

#### BACKGROUND

1.  Debtor filed for relief under Chapter 11 of the United States Code ("Bankruptcy Code") on June 27, 2008. Debtor operates a valet parking service.

2.  On October 21, 2008, this Court entered an order approving the retention of Sam Cuba as special counsel for the Debtor.

3.  On August 27, 2009, this Court entered an order confirming Debtor's Plan of Reorganization. Debtor has made its initial distribution to creditors.

#### FEE PETITION OF SPECIAL COUNSEL

4.  Sam Cuba performed the professional services as is more fully set forth on Exhibit 1 attached hereto. The services can be categorized as follows:

    a.  Tendered defense of claims to Debtor's insurance carriers; and

  b. Monitored matters in state court proceedings, if and when, the automatic stay was lifted to permit the claimant to pursue a claim to the extent of insurance.

5. This is Sam Cuba's only fee petition.

## CERTIFICATION

6. Debtor has been served with a copy of the chronological itemization of services rendered to the Debtor. To date, the Debtor has not objected to the fees incurred.

## VALUE OF SERVICES PERFORMED BY SPECIAL COUNSEL

7. Section 330(a) of the Bankruptcy Code provides:

(a) After notice to any parties in interest and to the United States trustee and a hearing, and subject to sections 326, 328 and 329 of this title, the court may award to a trustee, to an examiner, to a professional person employed under section 327 or 1003 of this title, or to the debtor's attorney;

(1) reasonable compensation for actual, necessary services rendered by such trustee, examiner, professional person, or attorney, as the case may be, and by any paraprofessional persons employed by such trustee, professional person, or attorney, as the case may be based on the nature, the extent, and the value of such services, the time spent on such services, and the cost of comparable services other than in a case under this title; and

(2) reimbursement for actual, necessary expenses.

The Bankruptcy Court has the independent authority and responsibility to determine the reasonableness of all fee requests, whether or not objections are filed. *In re Spanjer Brothers, Inc.,* 203 B.R. 85 (Bkrtcy. N.D.Ill., 1996); *In re Pettibone Corporation*, 74 B.R. 293 (Bkrtcy.N.D.Ill. 1987). The burden of proof is on the applicant to show that the fees incurred were actual and necessary. *In re Spanjer Brothers, Inc.,* 203 B.R. 85, 89 (Bkrtcy. N.D.Ill., 1996); *In re Chicago Lutheran Hospital Association*, 89 B.R. 719 (Bkrtcy.N.D.Ill. 1988); *In re Pettibone Corporation,* 74 B.R. 293 (Bkrtcy.N.D.Ill. 1987).

8. The representation of the Debtor adequately corresponds with the time and labor expended by Sam Cuba.

**OBJECTIONS**

9. Any objections to this fee applications should be submitted in writing, filed with the Clerk of the Bankruptcy Court For the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois 60604 and delivered to counsel at the address below on or before November 16, 2009.

**REQUEST FOR SHORTENED NOTICE**

10. Pursuant to Bankruptcy Rule 2002(a)(6), an entity requesting compensation must provide 20 day notice to all creditors and parties in interest.

11. All creditors and parties in interest have been given notice of this motion. However, the notice given is short of the 20 day notice requirement by 3 days.

12. All creditors and parties in interest have been given an opportunity to object to Sam Cuba's request for compensation.

13. Therefore, Debtor believes that the shortened notice will not prejudice the creditors and parties in interest.

WHEREFORE, Debtor, VALET PARKING SERVICE, INC., d/b/a VALET PARKING SERVICES, INC., requests that this court enter an Order:

A. Determining that the legal services and fees incurred were necessary and reasonable;

B. Allowing final compensation to Sam Cuba in the amount of $1,125.00

C. Approving the shortened notice thereof; and

D.      Granting such other and further relief as this court may deem just and proper.

                                    QUERREY & HARROW, LD.

                                    By:  /s/*Beverly A. Berneman*
                                            Beverly A. Berneman

Robert R. Benjamin (ARDC # 10070429)
Beverly A. Berneman (ARDC # 06189418)
QUERREY & HARROW, LTD.
175 West Jackson Boulevard, Suite 1600
Chicago, Illinois 60606
(312) 540-7000