Case 08-16625    Doc 258    Filed 11/04/09    Entered 11/06/09 11:31:38    Desc Main
Document    Page 1 of 1

08-16625:248.3:Motion To Stay:Proposed Order Proposed Order Relief from Stay Entered: 10/19/2009 5:13:47 PM by:Forrest Ingram Page 1 of 2

THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VALET PARKING SERVICE, INC. | ) | Case No. 08 B 16625 |
| d/b/a VALET PARKING SERVICES, INC. | ) | |
| | ) | Judge Jacqueline Cox |
| Debtor. | ) | |
| | ) | |

## ORDER MODIFYING AUTOMATIC STAY

This cause coming on to be heard on the Motion of State Farm Mutual Automobile Insurance Company to Modify the Automatic Stay (to allow State Farm to proceed with its Declaratory Judgment Action filed in the Chancery Division of the Circuit Court of Cook County, Illinois), due notice having been given and the Court advised in the premises:

**IT IS HEREBY ORDERED:**

1. The automatic stay is hereby lifted to permit State Farm Mutual Automobile Insurance Company to proceed with its Complaint for Declaratory Judgment filed in the Chancery Division of the Circuit Court of Cook County, Illinois, under cause number 09 CH 23741;

2. State Farm Mutual Automobile Insurance Company may not seek further relief, monetary or otherwise, against Valet Parking Service, Inc.; and,

3. The ten (10) day stay provision of Bankruptcy Rule 4001(a)(3) is hereby waived.

BY THE COURT

*Jacqueline B. Cox*
J. Cox
_____
The Honorable Jacqueline B. Cox
United States Bankruptcy Court

Dated: 11/4/09

This document was prepared by
Forrest L. Ingram, P.C.