# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Chapter 11 |
| | ) | |
| VALET PARKING SERVICE, INC., d/b/a | ) | Case No. 08 B 16625 |
| VALET PARKING SERVICES, INC., | ) | |
| | ) | Hon. Jacqueline A. Cox |
| Reorganized Debtor. | ) | |

## FINAL DECREE

THIS CAUSE COMING ON TO BE HEARD on Motion of Debtor, VALET PARKING SERVICE, INC., d/b/a VALET PARKING SERVICES, INC., the Court being duly advised in the premises and it appearing to the Court that:

1. Debtor filed for relief under Chapter 11 of the United States Code ("Bankruptcy Code") on June 27, 2008. Debtor operates a valet parking service.

2. On August 27, 2009, this Court entered an order confirming Debtor's Plan of Reorganization.

3. Debtor has made its initial distribution to creditors and has filed a copy of the report of distribution with the Court. **[Docket No. 246]**.

4. There are no further outstanding or pending matters before this Court.

IT IS HEREBY ORDERED that:

The Final Decree is hereby entered.

Dated: Nov. 18, 2009

Enter: /s/ Jacqueline P. Cox
_____
Bankruptcy Judge

QUERREY & HARROW, LTD.
Attorneys for Debtor
175 West Jackson Boulevard, Suite 1600
Chicago, Illinois 60604
312-540-7000